**IT IS SO ORDERED.**

**SIGNED THIS: January 20, 2023**

_____
**Thomas L. Perkins
United States Chief Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | |
|    ANTHONY MICHAEL RICHARD ) | |
|    ###-##-7893, ) | CASE NO.  22-90523 |
| ) | |
| ) | |
|           Debtor. ) | Chapter 13 |

**ORDER FOR WAGE DEDUCTION**

**IT IS HEREBY ORDERED THAT**

**Employer:**   Lightways Hospice
Attn: Payroll Dept.
250 Water Stone Circle
Joliet, IL 60431

    **Anthony Michael Richard**, SS# **###-##-7893** is voluntarily repaying debts under Chapter 13 of the U. S. Bankruptcy Code.  **Anthony Michael Richard** is required to have part of his/her future income deducted from his/her wages in order to repay these debts.  **Lightways Hospice** is authorized to make such wage deductions by authority of 11 U.S.C. § 1325(c).

    **IT IS THEREFORE ORDERED** that beginning with the first pay period following receipt of this Order, and continuing until further order of this Court, **Lightways Hospice** shall, without fee or charge to the Employee, deduct **$478.31 Monthly**  from **Anthony Michael**

**Richard's** wages, and at least once monthly remit all sums withheld (whether said sums are full or partial payment) to the address below made payable to **Marsha L. Combs-Skinner, Trustee,** and note on the check **Anthony Michael Richard** and case number; **22-90523**.

**Marsha L. Combs-Skinner**
**Chapter 13 Standing Trustee**
**P.O. Box 1133**
**Memphis, TN  38101-1133**

**THIS IS NOT A GARNISHMENT. THIS IS AN ORDER UNDER FEDERAL LAW. IT MAY BE ENFORCED BY PENALTIES FOR CONTEMPT OF COURT UNDER 11 U.S.C. § 105 OR DISCRIMINATION AGAINST DEBTORS UNDER 11 U.S.C. § 525.**

###